IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation,<br><br>              Plaintiff,<br><br>   vs.<br><br>EMBR Motors, Inc.; Trevor R. Milton; M&M Residual, LLC; Cole Cannon; and David "Dave" Sparks,<br><br>              Defendants. | Case No.: 2:24-cv-00690-DWL<br><br>**ORDER** |

This matter came before the Court upon the Motion for Preliminary Injunction (the "Motion") filed by Plaintiff Nikola Corporation ("Nikola") seeking preliminary injunctive relief enjoining Defendants EMBR Motors, Inc. ("EMBR"), Trevor R. Milton ("Milton"), M&M Residual, LLC, Cole Cannon ("Cannon"), and David "Dave" Sparks ("Sparks") (collectively, the "Defendants"). The Court finds that Nikola has met its burden of demonstrating all of the factors set forth in *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) for preliminary injunctive relief. Therefore, upon consideration of the Motion and any response thereto, IT IS HEREBY ORDERED that:

    1. Nikola's Motion is GRANTED;

2. This Order is binding upon the Defendants and all others bound pursuant to Federal Rule of Civil Procedure 65(d)(2);

3. This Order shall be binding until further order of the Court;

4. Defendants shall, within one (1) calendar day from the date this Order is entered, remove all existing public-facing references to Nikola on the EMBR website and any social media accounts controlled by the Defendants (including but not limited to YouTube, Facebook, Instagram, TikTok, LinkedIn, and X);

5. Defendants are prohibited from using Nikola's trade dress, trademarks, or any false or misleading description of fact or representation of fact, or otherwise making any statement in commercial advertising or promotion which misrepresents the nature, characteristics, or qualities of Defendants' goods or services or Nikola's involvement with those goods or services;

6. EMBR is prohibited from mentioning, whether express or implied, Milton, M&M Residual, LLC and its officers, directors, affiliates and agents in any public-facing communications;

7. Defendants are prohibited from representing, in any manner or method, that any goods, services or business sold by Defendants are sponsored, approved, or authorized by or originating from Nikola, or from taking any action likely to cause confusion, mistake, or deception as to the nature, characteristics, approval, sponsorship or certification of those goods or services;

8. Defendants are prohibited from all continued and future use, copying, distribution, publication, development, or deployment of Nikola's trade name(s) and trademarks;

9. Sparks and Cannon may not be nominated as directors to Nikola's Board of Directors;

10. Sparks, Cannon and EMBER may not participate in any Nikola stockholder proxy solicitation involving Milton or M&M Residual, LLC;

11. Defendants shall not reference to EMBR, Sparks or Cannon in any subsequent statements relating to the February 20, 2024 Soliciting Materials or any subsequent proxy solicitation;

12. Defendants shall not engage in conduct that violates the Exchange Act, the rules and regulations promulgated thereunder or Section 3.2 of the Nikola Bylaws;

13. Nikola shall be required to post a bond in the amount of $_____; and

14. No person who has notice of this injunction shall fail to comply with it, nor shall any person subvert the injunction by sham, indirection or other artifice.