# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EMBR Motors Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-24-00690-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation to dismiss EMBR Motors, Inc., Cole Cannon and David "Dave" Sparks only (Doc. 29).

**IT IS FURTHER ORDERED** that all claims and defenses asserted between Plaintiff and EMBR Motors, Inc., Cole Cannon and David "Dave" Sparks are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 30th day of April, 2024.

_____
Dominic W. Lanza
United States District Judge