Amy Wilkins Hoffman (SBN 022762)
Hoffman Legal, LLC
99 E. Virginia Ave., Ste. 220
Phoenix, AZ 85004
Phone: (623) 565-8851
Email: ahoffman@hoffmanlegalaz.com

John F. Baughman, *admitted pro hac vice*
Adam Offenhartz, *admitted pro hac vice*
Allison Melton, *admitted pro hac vice*
Baughman Kroup Bosse PLLC
One Liberty Plaza – 46th Floor
New York, NY 10006
Phone: (212) 548-3212
Email:  jbaughman@bkbfirm.com
Email: aoffenhartz@bkbfirm.com
Email: amelton@bkbfirm.com

Attorneys for Plaintiff Nikola Corporation

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nikola Corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>EMBR Motors, Inc.; Trevor R. Milton.; M&M Residual, LLC; Cole Cannon; and David "Dave" Sparks,<br><br>                    Defendant(s). | Case No.: 2:24-cv-00690-DWL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF TREVOR R. MILTON AND M&M RESIDUAL WITHOUT PREJUDICE** |

Plaintiff Nikola Corporation ("Nikola"), by counsel and pursuant to Federal Rule of Civil Procedure 41(a), voluntarily dismisses this action, without prejudice, as to Defendants

- 1 -

#720567v1

M&M Residual, LLC and Trevor R. Milton.  The parties will bear their own attorneys' fees and costs.

Dated: May 2, 2024

        HOFFMAN LEGAL, LLC

        By: /s/ Amy Wilkins Hoffman
        Amy Wilkins Hoffman (SBN 022762)
        99 E. Virginia Ave., Ste. 220
        Phoenix, AZ 85004
        Phone: (623) 565-8851
        Email: ahoffman@hoffmanlegalaz.com

        BAUGHMAN KROUP BOSSE PLLC

        John F. Baughman, *admitted pro hac vice*
        Adam Offenhartz, *admitted pro hac vice*
        One Liberty Plaza – 46th Floor
        New York, NY 10006
        Phone: (212) 548-3212
        Email:  jbaughman@bkbfirm.com
        Email: aoffenhartz@bkbfirm.com

        Allison Melton, *admitted pro hac vice*
        500 E. Main Street, Suite 1400
        Norfolk, VA 23510
        Phone: (757) 266-5585
        Email: amelton@bkbfirm.com

        *Attorneys for Nikola Corporation*

#720567v1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal to registered CMF participants.

Dated: May 2, 2024          By: /s/ Amy Wilkins Hoffman
                                Amy Wilkins Hoffman

#720567v1